ACCEPTED
03-15-00028-CR
4097517
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/10/2015 4:19:07 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00028-CR

| | | |
|---|---|---|
| NAKIA DESHAWN LEWIS, | ) | COURT OF APPEALS, THIRD |
| Appellant | ) | |
| | ) | RECEIVED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| VS. | ) | SUPREME JUDICIAL DISTRICT 2/10/2015 4:19:07 PM |
| | ) | JEFFREY D. KYLE<br>Clerk |
| STATE OF TEXAS, | ) | |
| Appellee | ) | AUSTIN, TEXAS |

## APPELLANT'S FIRST MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Appellant, by and through her attorney of record, and respectfully files this her First Motion for Extension of Time to File Brief and requests this extension of time to file her appellate brief in this cause herein, and for cause would show the Court the following:

I.

The Appellant, NAKIA DESHAWN LEWIS, was placed on deferred adjudication probation on January 31, 2012 for the offense of organized crime, a 1st degree felony. On October 15, 2014, after a hearing, the Court proceeded to adjudication, found Appellant guilty, and sentenced her to twenty (20) years confinement in the Texas Department of Criminal Justice - Institutional Division.

II.

The Statement of Facts has been filed with the Court.

III.

The deadline for filing the Appellant's brief is February 22, 2015. The undersigned attorney would show the Court that he has insufficient time within which to file the brief by the deadline of February 22, 2014 because of his current caseload and trial schedule for the month of February 2015.

IV.

The undersigned counsel would respectfully request that the Court grant an extension of forty-five (45) days' time to file the appellate brief.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays the Court grant this motion for extension of time to file the appellate brief.

Respectfully submitted,

KIRK HAWKINS
P.O. BOX 3645
SAN ANGELO, TEXAS 76902
325/658-5585
STATE BAR NO. 09250400
E-Mail: kirkhawkinslaw@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has this the _10_ day of February, 2015, been delivered to Mr. Bryan Clayton, Assistant District Attorney, 124 West Beauregard, San Angelo, Texas 76903.

Kirk Hawkins